**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

JOSUE MANUEL CASTANEDA-ORDONEZ,

Petitioner,

v.

DHS SECRETARY MARKWAYNE MULLIN, *et al.*,

Respondents.

Case No.: 3:26-cv-00790-RFB-CLB

**ORDER**

The Court entered its Standard Procedures for Counseled Immigration Habeas Petitions ("Procedures Order") on October 14, 2026, setting deadlines for the parties to file briefs and produce documents relevant to this case. ECF No. 2. The parties did not complete their briefing as ordered. Petitioner filed a Motion for Immediate Grant of Petition for Writ of Habeas Corpus asking the Court to grant the petition, arguing the October 19, 2026, deadline for Respondents to file their return expired without any response by them. ECF No. 3. Unfortunately, a review of the docket shows that the Clerk of Court erroneously failed to add the United States District Attorney for the District of Nevada to the docket as an Interested Party, which means that Respondents were not served with the Procedures Order or any other filing via the Court's CM/ECF system.

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court is instructed to **ADD** the United States Attorney for the District of Nevada to the docket as an Interested Party. Pursuant to the District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.

IT IS FURTHER ORDERED that the Clerk of Court is instructed to electronically provide a copy of this Order and copies of all items previously filed in this case on Respondents by

regenerating the Notices of Electronic Filing on the United States Attorney for the District of Nevada and Cobi Burnett (Darin Balaam's counsel) CBurnett@da.washoecounty.gov.

**IT IS FURTHER** ORDERED that the briefing and production schedule is **REOPENED and EXTENDED** as follows:

- Respondents must produce certain documents that are relevant to Petitioner's detention and file a response that shows cause for Petitioner's detention within 3 days of this Order;
- Petitioner must file either an amended petition or a traverse within **7 days** of the government's return;
- Respondents must file a return within **3 days** of an amended petition; and
- Petitioner must file a traverse within **3 days** of a response.

**IT IS FURTHER ORDERED** that all other parts of the Procedures Order remain in full force and effect.

**DATED:** November 17, 2026

**/s/ Richard F. Boulware, II**
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**